**Order entered February 10, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00682-CV

**BB FIT, LP D/B/A MATTISON AVENUE SALON SUITES AND SPA AND MATTISON AVENUE HOLDINGS CONSOLIDATED, LLC, Appellants**

**V.**

**EREP PRESTON TRAIL II, LLC, KENNETH ASELTON, AND ASELK CONSULTING, LLC, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-12409**

### ORDER

Before the Court is the February 9, 2023 unopposed second motion of appellee EREP Preston Trail II, LLC for an extension of time to file its brief. We **GRANT** the motion and extend the time to **March 16, 2023**. We caution appellee that further extension requests will be disfavored.

/s/     BONNIE LEE GOLDSTEIN
JUSTICE